No. 762. C. DALE WOLFE, TRUSTEE, ETC. *v.* G. F. KIL-LINGSWORTH ET AL. February 19, 1923. Petition for a writ of certiorari to the Supreme Court of the State of Oklahoma denied. *Mr. C. Dale Wolfe* for petitioner. No appearance for respondents.

---

No. 789. J. C. TURNER LUMBER COMPANY ET AL. *v.* WILSON & BENNETT ET AL. February 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Samuel Silbiger* for petitioners. *Mr. Max Isaac* for respondents.

---

No. 797. CLOSTER NATIONAL BANK *v.* FEDERAL RESERVE BANK OF NEW YORK. February 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Edmund W. Wakelee* for petitioner. *Mr. L. R. Mason* for respondent.

---

No. 806. CENTRAL RAILROAD COMPANY OF NEW JERSEY *v.* ANITA PELUSO, ADMINISTRATRIX, ETC. February 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Charles E. Miller* for petitioner. *Mr. Sidney A. Syme* for respondent.

---

No. 808. L. E. SMITH GLASS COMPANY *v.* MACBETH-EVANS GLASS COMPANY. February 19, 1923. Petition for a writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. William O. Belt* and *Mr. Arthur O. Fording* for petitioner. *Mr. Frederick W. Winter* and *Mr. Edward Rector* for respondent.